# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 22-2287

———————————————————

United States of America,

*Plaintiff - Appellee,*

v.

Michael Gray,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Central

——————————

Submitted: October 31, 2022
Filed: November 10, 2022
[Unpublished]

——————————

Before COLLOTON, MELLOY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Michael Gray appeals a sentence imposed by the district court[1] after Gray pleaded guilty to a child pornography offense. His counsel has moved to withdraw

———————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

We conclude that Gray's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors, *see United States v. Pickar*, 666 F.3d 1167, 1169 (8th Cir. 2012), and the court made an individualized assessment based on the facts presented in its consideration of the 18 U.S.C. § 3553(a) factors, *see United States v. Mangum*, 625 F.3d 466, 470 (8th Cir. 2010).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____